**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adam Brent HILL, Defendant–Appellant.**

**No. 15–3090.**

United States Court of Appeals, Seventh Circuit.

Submitted March 10, 2016.

Decided May 20, 2016.

Ali M. Summers, Attorney, Office of the United States Attorney, Fairview Heights, IL, for Plaintiff–Appellee.

Thomas C. Gabel, Attorney, Office of the Federal Public Defender, East St. Louis, IL, for Defendant–Appellant.

Adam B. Hill, Alton, IL, pro se.

Before DIANE P. WOOD, Chief Judge RICHARD A. POSNER, Circuit Judge and ILANA DIAMOND ROVNER, Circuit Judge.

## ORDER

NANCY J. ROSENSTENGEL, Judge.

The defendant pleaded guilty to receiving child pornography, *see* 18 U.S.C. § 2252A(a)(2)(B), and was sentenced to 10 years in prison plus a fine and restitution and 5 years of supervised release. He filed a notice of appeal, but his lawyer asserts that the appeal is frivolous and seeks to withdraw. *See Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We remanded the case to the district court for the limited purpose of determining whether the defendant knowingly and voluntarily waived any challenge to the conditions of his supervised release. *See United States v. Hill,* 818 F.3d 342 (7th Cir.2016). Counsel informs us that the district court subsequently held a hearing and found the waiver to be knowing and voluntary. Finding no other potentially meritorious issues, we conclude that the appeal is frivolous. Thus, we GRANT counsel's motion to withdraw and DISMISS the appeal.